Spencer A. Schneider, Esq., SBN 175071
BERMAN, BERMAN & BERMAN, LLP
11900 West Olympic Boulevard
Sixth Floor
Los Angeles, California 90064-1151
Telephone: (310) 447-9000
Facsimile: (310) 447-9011

Attorneys for Defendant
WILLIAMSBURG NATIONAL INSURANCE COMPANY

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAMSBURG NATIONAL INSURANCE COMPANY, Does 1 to 20, inclusive,<br><br>    Defendant. | Case No.: CV11-474 MMM (SSx)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER OF DISMISSAL WITH PREJUDICE |

It is hereby stipulated by and between the parties through their counsel of record herein that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); each side to bear its own costs.

DATED: June 30, 2011

LEA & NIVINSKUS

By: _____
Mark R. Nivinskus
Attorneys for Plaintiff
UNITED FINANCIAL
CASUALTY COMPANY

1  DATED: July 11, 2011								BERMAN, BERMAN & BERMAN, LLP

											By: /s/ Spencer A. Schneider
											SPENCER A. SCHNEIDER
											Attorneys for Defendant
											WILLIAMSBURG NATIONAL
											INSURANCE COMPANY

## ORDER

9  IT IS SO ORDERED.

_Margaret M. Morrow_
Hon. Margaret M. Morrow
United States District Judge